# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kerrigan, Kathleen M. | United States Tax Court | 04/25/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Tax Court Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States Tax Court
400 Second Street N.W.
Washington, DC 20217

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1998 | Baker & Hostetler LLP 401(k) and 401(a) plan with former law f irm (Reported in Part VII) All in one account managed by Fidelity and allowed to select from |
| 2. | | certain investments. Also, have option of rolling over into an IRA. |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/25/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/25/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab Roth Contributory IRA (H) | | | | | | | | | |
| 2. - Janus Fund Janus Henderson Research (JAMRX) | A | Dividend | J | T | | | | | |
| 3. \Schwab IRA Rollover (H) | | | | | | | | | |
| 4. -Scwhab Value Adnvantage SWVXX F/K/A Bank Sweep | B | Int./Div. | M | T | Sold (part) | 07/03/19 | K | | |
| 5. | | | | | Sold (part) | 08/01/19 | K | | |
| 6. | | | | | Sold (part) | 09/09/19 | K | | |
| 7. -PONAX Pimco | A | Dividend | J | T | | | | | |
| 8. -LISOX Lazard | A | Dividend | J | T | | | | | |
| 9. - SFLNX Schwab Fundamental large | B | Dividend | K | T | Buy (add'l) | 07/03/19 | J | | |
| 10. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 11. | | | | | Buy (add'l) | 09/09/19 | J | | |
| 12. - SFSNX Schwab Fundamental small | A | Dividend | J | T | Buy (add'l) | 07/03/19 | J | | |
| 13. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 14. | | | | | Buy (add'l) | 09/09/19 | J | | |
| 15. -SWMCX Schwab Mid | A | Dividend | K | T | Buy | 07/03/19 | J | | |
| 16. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 17. | | | | | Buy (add'l) | 09/09/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kerrigan, Kathleen M.** | 04/25/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   Schwab One Account #1 (H) | | | | | | | | | |
| 19.   Janus Fund Janus Henderson Research (JAMRX) | A | Dividend | L | T | | | | | |
| 20.   Baker & Hostetler retirement account (H) | | | | | | | | | |
| 21.   - Fid Growth Co K (FGCKX) | B | Dividend | | | | 12/27/19 | K | | |
| 22.   -Fid Growth Co K6 (FGKFX) | | None | K | T | | 12/27/19 | J | | |
| 23.   -MerWest Tot Rtn BD P (MWTSX) | A | Dividend | K | T | | | | | |
| 24.   Fid 500 Index (FXAIX) | C | Dividend | M | T | | | | | |
| 25.   - Baker & Hostetler Composite Fund | | None | L | T | | | | | |
| 26.   - WFA Govt Securities (SGVIX) | A | Dividend | K | T | | | | | |
| 27.   Schwab Muni account (H) | | | | | | | | | |
| 28.   California ST GO 5%26 GQ2 | B | Interest | | | Sold | 06/18/19 | K | C | |
| 29.   Central Florida 5%28 BH8 | B | Interest | K | T | | | | | |
| 30.   Connecticut State 1.8%/36 | A | Interest | | | Buy | 06/28/19 | M | | |
| 31. | | | | | Sold | 12/04/19 | M | | |
| 32.   Fairfax County 5%24 LE6 | A | Interest | | | Sold | 03/12/19 | K | C | |
| 33.   Fairfax Cnty VA SWR 5%31 JX4 | B | Interest | K | T | | | | | |
| 34.   Fairfax Cnty VA WTR 5%27 DP6 | A | Interest | | | Sold | 06/26/19 | K | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/25/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Henrico County VA 5%27 MS2 | B | Interest | L | T | | | | | |
| 36. Long Island Power 5%27 BJ8 | B | Interest | K | T | | | | | |
| 37. Lower Co River Auth TX RQ6 | B | Interest | K | T | | | | | |
| 38. Mass St. 5.25%24 AEO | B | Interest | | | Sold | 05/15/19 | K | B | |
| 39. Mass Dept/ 5%27 HWY DF6 | B | Interest | | | Sold | 05/15/19 | K | B | |
| 40. Mass St. Health 1,47.31% SV1 | | None | M | T | Buy | 12/15/19 | M | | |
| 41. Hampton Roads 5%27 JS3 | A | Interest | | | Sold | 01/09/19 | K | B | |
| 42. Hampton Roads 5% 27 JU8 | B | Interest | K | T | Buy (add'l) | 05/15/19 | K | | |
| 43. Hampton Roads SANTN 5%30 HH9 | A | Interest | K | T | Buy | 03/14/19 | K | | |
| 44. Met T Auth NY Rev 5%24 FK8 | B | Interest | K | T | | | | | |
| 45. Met T Auth NY Rev 5%/28 JN8 | B | Interest | K | T | | | | | |
| 46. Michigan St Hosp. FA 5%25 QN9 | B | Interest | K | T | | | | | |
| 47. MN ST GEN FD 5%26 BX7 | B | Interest | K | T | | | | | |
| 48. MN ST Gen FD 5%34 HOSP DZ3 | B | Interest | K | T | | | | | |
| 49. New Jersey Turnpike 5%30 TPK 4Z5 | B | Interest | K | T | | | | | |
| 50. New York St Dorm 5%/25 UT2 | B | Interest | | | Sold | 05/15/19 | K | B | |
| 51. Ohio ST Water 5%29 XU1 | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/25/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | Seattle WA LT PW 5%29 PU2 | B | Interest | K | T | | | | | |
| 53. | Virginal College BL 5%28 EB0 | B | Interest | L | T | Buy<br>(add'l) | 05/14/19 | K | | |
| 54. | Virginina College 5%27 FFO | B | Interest | L | T | Buy | 05/14/19 | L | | |
| 55. | Virginia Commonwealth TR 5%25 BV1 | B | Interest | K | T | | | | | |
| 56. | Virginia St. PUB Bldg 5%24 L86 | A | Interest | | | Sold | 03/12/19 | K | A | |
| 57. | Virginia ST 5%24 5J7 | A | Interest | J | T | | | | | |
| 58. | Virginia ST RES Aut 5%26 XG3 | B | Interest | L | T | | | | | |
| 59. | Virginina St Res Auth 5%/25 QK1 | B | Interest | K | T | | | | | |
| 60. | Virginia St. Water Auth 5%/24 PH0 | A | Interest | K | T | | | | | |
| 61. | Vrrginia Res 'Auth 5%24 5A6 | A | Interest | J | T | | | | | |
| 62. | Virginia State Res. 5%27 2Q4 | B | Interest | L | T | Buy | 05/10/19 | L | | |
| 63. | Univeristy of TX 6D6 | B | Interest | K | T | | | | | |
| 64. | University of TX GQ2 (x) | B | Interest | | | Sold | 05/13/19 | K | B | |
| 65. | Washington State 5%33 6N3 | A | Interest | K | T | Buy | 02/08/19 | K | | |
| 66. | West Virginia 5%28 ZB0 | A | Interest | K | T | | | | | |
| 67. | Schwab 1 Account # 2 (H) | | | | | | | | | |
| 68. | -JP Morgan Chase common stock (JPM) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/25/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 69. -Walgreen Company common stock (WBA) | A | Dividend | K | T | | | | | |
| 70. -Matthews India Fund (MINDX) | D | Dividend | L | T | | | | | |
| 71. -Schwab Total Stock Mkt (SWTSX) | B | Dividend | N | T | | | | | |
| 72. -Vanguard Value Index (VIVAX) | D | Dividend | | | | | | | |
| 73. - Vnguard Value Indes (VVIAX) | D | Dividend | O | T | | | | | |
| 74. - Yacktman Fund (YACKX) | F | Dividend | P1 | T | | | | | |
| 75. - SCHW INTL EQ ETF (SCHF) | B | Dividend | L | T | | | | | |
| 76. - Scwab Value Advantage Money Fund FNA Schwab Bannk Sweep SWVXX | A | Int./Div. | L | T | Buy | 04/18/19 | K | | |
| 77. | | | | | Sold (part) | 05/28/19 | J | | |
| 78. | | | | | Sold (part) | 11/25/19 | K | | |
| 79. Schwab Rollover IRA #2 (H) | | | | | | | | | |
| 80. - Templeton Dragon Fund (TDF) | A | Dividend | K | T | | | | | |
| 81. - PIMCO Total Return Fund (PTTRX) | B | Dividend | M | T | | | | | |
| 82. - Blackrock Latin America (MDLTX) | A | Dividend | J | T | | | | | |
| 83. - Matthews India Fund (MINDX) | C | Dividend | K | T | | | | | |
| 84. - Schwab Total Stock MKT (SWTSX) | G | Dividend | P1 | T | | | | | |
| 85. Schwab Value Advantage FNA Bank Sweep SWVXX | A | Int./Div. | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/25/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - SCW INTL EQ ETF (SCHF) | C | Dividend | M | T | | | | | |
| 87. - Yacktman Fund (YACKX) | A | Dividend | K | T | | | | | |
| 88. -Schwab S&P 500 Index (SWPPX) | B | Dividend | L | T | | | | | |
| 89. Schwab Short-term Muni (H) | | | | | | | | | |
| 90. -ME Govt FAC TG9 | | None | K | T | Buy | 12/18/19 | K | | |
| 91. -Hampton Road Sant GJ6 | | None | K | T | Buy | 12/18/19 | K | | |
| 92. -Chat TN HLTH DZ4 | | None | J | T | Buy | 12/19/19 | J | | |
| 93. -Texas ST PY7 | | None | K | T | Buy | 12/27/19 | K | | |
| 94. -VA ST PUB Building Aurhority J63 | | None | K | T | Buy | 12/30/19 | K | | |
| 95. -C Schwab Bank | | None | M | | Open | 12/17/19 | M | | |
| 96. -Schwab Premier Bank | | None | M | T | Open | 12/17/19 | M | | |
| 97. Schwab Intell Portfolio (H) | | | | | | | | | |
| 98. -Schwab Fundamental FNDA | A | Dividend | J | T | Buy | 10/31/19 | J | | |
| 99. -Schwab Fundamental International FNDC | A | Dividend | J | T | Buy | 10/31/19 | J | | |
| 100. -SBDR BLMBRG EBND | A | Dividend | J | T | Buy | 10/31/19 | J | | |
| 101. -Xtrackers HYLB | A | Dividend | J | T | Buy | 10/31/19 | J | | |
| 102. -Schwab Fundamental FNDX | A | Dividend | K | T | Buy | 10/31/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kerrigan, Kathleen M.** | 04/25/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  -Schwab Fundmental large FNDF | A | Dividend | J | T | Buy | 10/31/19 | J | | |
| 104.  -Schwab US large SCHX | A | Dividend | J | T | Buy | 10/31/19 | J | | |
| 105.  -SPDT INTERMED SPIB | A | Dividend | J | T | Buy | 10/31/19 | J | | |
| 106.  -Vanguagrd Mortgage VMBS | A | Dividend | J | T | Buy | 10/31/19 | J | | |
| 107.  Schwab Emerging Markets SCHE | A | Dividend | J | T | Buy | 10/31/19 | J | | |
| 108.  -Schwab Int Small Cap SCHC | A | Dividend | J | T | Buy | 10/13/19 | J | | |
| 109.  -Schwab US REIT SCHH | A | Dividend | J | T | Buy | 10/31/19 | J | | |
| 110.  -I Schare Gold IAU | | None | J | T | Buy | 10/31/19 | J | | |
| 111.  -Schwab US TIPS ETF SCHP | A | Dividend | J | T | Buy | 10/31/19 | J | | |
| 112.  -Schwab Fund EMG MKTS FNDE | A | Dividend | J | T | Buy | 10/31/19 | J | | |
| 113.  -Schwab International SCHF | A | Dividend | J | T | Buy | 10/31/19 | J | | |
| 114.  -Schwab Intermediate SCHR | A | Dividend | J | T | Buy | 10/31/19 | J | | |
| 115.  -Schwab us small SCHA | A | Dividend | J | T | Buy | 10/31/19 | J | | |
| 116.  - Xtrackers INTL Real HAUZ | A | Dividend | J | T | Buy | 10/31/19 | J | | |
| 117.  -Schwab Savings Sweep | A | Interest | J | T | Open | 10/30/19 | L | | |
| 118.  Schwab Compare Intel (H) | | | | | | | | | |
| 119.  - Schwab S&P 500 SWPPX | B | Dividend | M | T | Buy | 11/25/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/25/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Bank of America Series of Accounts (H) | A | Interest | M | T | | | | | |
| 121. American Express Savings Account | D | Interest | N | T | | | | | |
| 122. Capitol One Savings Account (2 accounts) | D | Interest | P1 | T | | | | | |
| 123. Discover Bank Savings Account | C | Interest | M | T | | | | | |
| 124. EDSC Limited Partnership | D | Rent | O | W | | | | | |
| 125. | E | Interest | | | | | | | |
| 126. VSSC Limited Partnership | E | Rent | M | W | | | | | |
| 127. | A | Interest | | | | | | | |
| 128. THSC Limited Partnership | E | Rent | O | W | | | | | |
| 129. | E | Interest | | | | | | | |
| 130. Falstaff Center LLP | | None | L | W | | | | | |
| 131. PHSA Medical Center LLC | E | Rent | N | W | | | | | |
| 132. | B | Interest | | | | | | | |
| 133. TPJ Valley Ranch Investors LLC | | None | | | Sold | 2/19/19 | P1 | G | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII. Investments and Trusts, lines 124, 126, 128, 131, and 133 are all limited partnership investments in real estate. Line 130 Fallstaff is residual interest in a real estate partnership. For the limited partnership interests reported on lines 124, 128, and 131, there is also a loan to the partnership. The value of the loan is included in the value of the asset and any interest paid on the loan has been reported.

In Part VII Investments and Trusts, lines 27-66 are tax exempt bonds in a Schwab account mannaged by GW&K investment management. Line 64 Univeristy of Texas GQ2 was inadvertently not included on the 2018 report.

In Part VII Investments and Trusts, see lines 21 and 22. On 12/27/19 Fid Growth K was exchanged for Fid Growth K6.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Kathleen M. Kerrigan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544